EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2004

at 11 o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLES CASTILLIAS, )<br>)<br>Defendant. )<br>_____) | CR. NO. CR 04-00274 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. §922(g)(3); 18<br>U.S.C. §924(a)(2)] |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury charges:

On or about March 4, 2004, in the District of Hawaii, defendant, CHARLES CASTILLIAS, then being an unlawful user of a controlled substance as defined in Title 21, United States Code

SEALED
BY ORDER OF THE COURT

§802, knowingly possessed in and affecting commerce, a firearm, to wit, a Savage 24-s-e .410/.22 caliber combo rifle bearing serial number P227295.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury further charges:

On or about March 4, 2004, in the District of Hawaii, defendant, CHARLES CASTILLIAS, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce, ammunition, to wit, 10 rounds of .410 ammunition and 17 rounds of .22 caliber ammunition.

//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: ___July 22___, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. CHARLES CASTILLIAS
Cr. No. _____
"Indictment"

3