ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT  #876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpd@hotmail.com

Attorney for Defendant
CHARLES CASTILLIAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at ___11___ o'clock and __10__ min. __A__ M
SUE BEITIA, CLERK

**LODGED**

JAN 0 3 2006
11:06am

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  |  CR. NO. 04-00274 SOM |
| )  | |
| Plaintiff,  )  | STIPULATION AND ORDER |
| )  | TO STAY MITTIMUS PENDING |
| vs.  )  | SELF-SURRENDER |
| )  | |
| CHARLES CASTILLIAS,  )  | |
| )  | |
| Defendant.  )  | |
| _____ ) | |

**STIPULATION AND ORDER TO
STAY MITTIMUS PENDING SELF-SURRENDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the mittimus shall be and the same is hereby stayed for approximately one month, from Thursday, January 5, 2006, to and until Monday,

February 6, 2006, before 10:00 a.m. Mr. Castillias has been designated to FDC Honolulu. This stipulation results from the fact that Mr. Castillias' mother was hospitalized with a severe stroke on Thursday, December 29, 2005, and her prognosis is questionable.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 3, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
CHARLES CASTILLIAS

_____
EDRIC CHING
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 1/3/06.

_____
The Honorable SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

UNITED STATES v. CHARLES CASTILLIAS
CR. NO. 04-00274 SOM
STIPULATION AND ORDER TO STAY MITTIMUS
PENDING SELF-SURRENDER